## COTHRAN v. STATE.
### No. 20593.

Court of Criminal Appeals of Texas.
Nov. 22, 1939.

J. Mitch Johnson, of San Saba, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for the possession of liquor for the purpose of sale in a dry area; penalty assessed at a fine of $100.

The complaint and information appear regular. The record is before us without statement of facts or bills of exception. No error has been presented which would authorize a reversal of the conviction.

The judgment of the trial court is affirmed.